# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**DONALD GREG ANDRONICOUS**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:09CR00204-001**

Melody Walcott
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charges  One - Four  as alleged in the violation petition filed on 2/18/2011 .
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

**Violation Number**           **Nature of Violation**                          **Date Violation Occurred**

See next page.

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  8/31/2009 .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/14/2011
Date of Imposition of Sentence

/s/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

11/18/2011
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1   Case 1:09-cr-00204-AWI   Document 21   Filed 11/18/11   Page 2 of 3

Judgment - Page 2 of 3

CASE NUMBER: 1:09CR00204-001
DEFENDANT: DONALD GREG ANDRONICOUS

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge One | Failure to Submit Monthly Report Forms as Directed | 11/2010, 12/2010, and 1/2011 |
| Charge Two | Failure to Participate in a Program of Drug Testing | 10/30/2010 and 2/1, 12, 15, 2011 |
| Charge Three | Failure to Participate in a Program of Drug Treatment | 1/7/, 28, 2011 |
| Charge Four | New Law Violation | 2/17/2011 |

CASE NUMBER: 1:09CR00204-001  Judgment - Page 3 of 3
DEFENDANT: DONALD GREG ANDRONICOUS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

[✔]  The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility (FACILITY CLOSE TO FRESNO), but only insofar as this accords with security classification and space availability.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal